

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Appellate case name:        In the Interest of K. L. W., A Child

Appellate case number:     01-18-00485-CV

Trial court case number:    2017-02559J

Trial court:                       314th District Court of Harris County

Appellant R.D.W.'s court-appointed counsel filed a brief on October 1, 2018, concluding that the above-referenced parental termination appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On October 9, 2018, appellant R.D.W. filed a pro se motion requesting an extension of time to file a pro se response to the *Anders* brief and a copy of the reporter's records for the abatement hearing and the initial hearing. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). Appellant R.D.W.'s motion does not specify the length of his extension, but it also requests several other forms of relief, such as an order that his child, K.L.W., be returned to appellant and that the *Anders* brief be stricken.

The Court **grants** appellant's motion to the extent that it requests access to the appellate records and **orders** the trial court clerk, no later than **5 days** from the date of this order, to mail a copy of the clerk's records and the reporter's records, and any supplemental records, to the pro se appellant. The trial court clerk shall further certify to this Court, within **10 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Finally, the Court **grants** appellant's motion for an extension of time to file a pro se *Anders* response. Appellant R.D.W.'s pro se response to his counsel's *Anders* brief shall be filed **within 20 days of the date of this order**. All other requested relief is **denied.**

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                          ☑ Acting individually    ☐ Acting for the Court
Date: October 11, 2018